# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALAN RUFF,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3502

[July 28, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 02-021551 CF10A.

Michael B. Cohen of Michael B. Cohen, P.A., Fort Lauderdale, (withdrawn as counsel after filing brief), for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***